In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County



Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

To The Honorable justices of The fourth Court Of Appeals

## MOTION FOR REPAYMENT OF MORTGAGE IN THE AMOUNT OF $73,967.02 for it was spousal support
## Appellee Manuel Castro did not pay

Here comes Appellant Maryann Castro this motion is in good intent to apply Justice where it is needed Appellee Manuel Castro had agreed to pay the home mortgage when Appellant Maryann Castro and Appellee Manuel Castro went before the court upon separating on or about July 2011.

Appellee Manuel Castro was to pay the mortgage as to appellant Maryann Castro is disabled and was not employed and Appellee Manuel Castro did not pay the mortgage instead used the Community funds to pay for his extra martial affair with Mistress Christina Pacheco Appellee Manuel Castro risk the community to foreclosure on January 6, 2015 almost cost Appellant Maryann Castro her interest in 1501 Olive with his attempt to conspire and commit fraud against Appellant Maryann Castro to harm and almost causing her to be homeless.

Appellee Manuel Castro is gainfully employed and Appellant Maryann Castro prays for Justice in the Court providing her spousal maintence to be payroll deducted from Appellee Manuel Castro weekly paycheck Appellant Maryann Castro is owed this for it was Appellee Manuel Castro who had the order of the Court to pay the home Mortgage and did not that was to be done instead of spousal support it was ordered and therefore Appellee Manuel Castro owes Appellant Maryann Castro the Amount of 73,967.02 and Appellant Maryann Castro will apply the monies owed to the home mortgage that was not paid by Appellee Manuel Castro instead he defaulted and put the home in active bankruptcy.

A) Mining Group Appellee Manuel Castro is employed at rate hourly 20.71 and overtime 31.065
B) Appellant Maryann Castro in come 864.00
C) BSI 73,967.02

Appellant Maryann Castro resides at 1501 Olive and prevented foreclosure Appellee Manuel Castro intent was to jeopardize Appellant MaryAnn Castro interest in 1501 Olive when he allowed foreclosure on Jan 6, 2015 and Bankruptcy on or about August 2012.

Appellant Maryann Castro prays for Justice

Respectfully

Maryann Castro pro-se Appellant

1501 Olive

Jourdanton Texas 78026

830-496-0133

PACATTITUDE2014@GMAIL.COM

Filed 5/13/2015

**Mining Group Inc.**
Opportunity Employer
31096
IE 68131                    402/342-2052

Guadalupe Castro Jr
ckory Shadow
f TX 78112

247763

| Advice Routing: | | | Pay Group: | SUM-Hourly Cra |
|---|---|---|---|---|
| Dept: | 14965 - San Miguel Labor | | Pay Begin Date: | 04/01/2013 |
| Sub Payroll: 3 | | | Pay End Date: | 04/07/2013 |
| Pay Basis: | Hourly | | | |

| LAST JOB WORKED: | | TAX DATA: | Federal |
|---|---|---|---|
| Empl #: | 00000 | Marital Status: | Married |
| Job #: | 14965 | Allowances: | 0 |
| Location: | San Miguel Labor | Addl. Pct.: | |
| | | Addl. Amt.: | |

### HOURS AND EARNINGS / TAXES

| n | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings | Description |
|---|---|---|---|---|---|---|
| | 20.710000 | 40.00 | 828.41 | 523.50 | 10,824.70 | Fed Withholdng |
| - Time and One H | 31.065000 | 18.00 | 559.17 | 147.00 | 4,562.38 | Fed MED/EE |
| ay | | | | 23.00 | 471.39 | Fed OASDI/EE |
| Off | | | | 43.50 | 900.90 | |
| w Non-Taxable | | | | | 324.83 | |
| | | 58.00 | 1,387.58 | 737.00 | 17,084.20 | Total: |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYE

| n | Current | YTD | Description | Current | YTD | Description |
|---|---|---|---|---|---|---|
| isurance | 54.59 | 771.50 | Employee Supplemental Lif | 5.10 | 76.50 | Medical Insurance |
| urance | 5.27 | 78.14 | Accident Death & Dismbr - | 0.30 | 4.50 | Vision Insurance |
| | | | Depend AD & D - KieChoice | 0.18 | 2.70 | Group Term Life Insuran |
| | | | Clothing | 4.15 | 60.25 | Group Term Life Insuran |
| | | | Garnishment - Bankruptcy | 184.62 | 2,769.30 | Disability Insurance |
| | 59.86 | 849.64 | Total: | 194.35 | 2,913.25 | * Taxable |

| TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS |
|---|---|---|---|
| 1,387.58 | 1,329.00 | 259.91 | 254.21 |
| 17,084.20 | 15,928.86 | 3,029.85 | 3,762.89 |

E:

NET PAY DIS
Advice #53850

Total:

# Your New Benefit Amount

BENEFICIARY'S NAME: MARYANN CASTRO

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is     $1,148.90.
- The amount we deduct for Medicare medical insurance is     $104.90.
  (If you did not have Medicare as of Nov. 20, 2014,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is     $0.00.
  (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is     $0.00.
  (If you did not elect voluntary tax withholding as of
  Nov. 20, 2014, we show $0.00.)
- After we take any other deductions, you will receive     $864.00
  on or about Jan. 2, 2015.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

Monday through Friday. Recorded information are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, 1-800-325-0778. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and have



10/09/2014

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

Loan Number:      44675
Property Address:   1501 OLIVE STREET
                    JOURDANTON, TX 78026

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MANUEL G CASTRO JR:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| Total Monthly Payments Due: | $66,367.76 |
| (35 @ $1,732.72) | |
| Late Charges | $4,204.26 |
| Other Fees: | $3,395.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$73,967.02** |

It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



TX_NOI
Page 1 of 3

2289840947